**KAREN M. MARTIN**
CLERK OF THE CIRCUIT COURT
PORTER COUNTY COURTHOUSE
16 LINCOLNWAY • SUITE 209
VALPARAISO, INDIANA 46383

CERTIFIED MAIL

7010 2780 0002 9632 4485

FIRST CLASS

$05.990
07/13/2011
Mailed From 46383
US POSTAGE

NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL RD.
Horsham, PA. 19044

EXHIBIT "A"



| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PORTER | ) | Case Number: 64D05-1107-CT-6452 |

| MINNIE K. AUGUSTINOVICH, | ) |
|---|---|
| PLAINTIFF, | ) |
| | ) |
| VS. | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| DEFENDANT. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

The party on whose behalf this form is being filed is:
Initiating  **X**      Responding _____     Intervening _____ ; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party___MINNIE K. AUGUSTINOVICH

Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

_____

_____

Telephone # of party _____

*(List on a continuation page additional parties this attorney represents in this case.)*

Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Michael P. McIlree     Atty Number: 19847-45
   Address: 821 E. Lincolnway, Ste. 1, Valparaiso, IN 46383
   Phone: 219-548-1800
   FAX: 219-548-5905
   Email Address: mcilree1@aol.com

*(List on continuation page additional attorneys appearing for above party)*

This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

I will accept service by FAX at the above noted number: Yes __X__ No ____

This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on light green paper. Use Form TCM-TR3.1-4.)*

This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

| | |
|---|---|
| _____ | Attorney's address |
| _____ | The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us**). |
| _____ | Another address (provide) |

This case involves a petition for involuntary commitment. Yes ____ No __X__

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

   b. State of Residence of person subject to petition: _____

   c. At least one of the following pieces of identifying information:
      (i) Date of Birth _____
      (ii) Driver's License Number _____
          State where issued _____ Expiration date _____
      (iii) State ID number _____
          State where issued _____ Expiration date _____
      (iv) FBI number _____
      (v) Indiana Department of Corrections Number _____
      (vi) Social Security Number is available and is being provided in an attached confidential document Yes ____ No ____

9. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

USDC IN/ND case 2:11-cv-00289-PPS-PRC document 2-1 filed 08/10/11 page 5 of 13

10. Additional information required by local rule:

_____

11. There are other party members: Yes ____ No _X_ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes ___ No _X_

_____
Attorney-at-Law
(Attorney information shown above.)

| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
|---|---|---|
| | ) SS: | 16 Lincolnway, Valparaiso, IN 46383 |
| COUNTY OF PORTER | ) | |

MINNIE K. AUGUSTINOVICH, )
    PLAINTIFF, )
     )
VS. )
     )
NCO FINANCIAL SYSTEMS INC. )
    DEFENDANT. )

# SUMMONS

CASE NO. 64D05-1107-CT-6452

CLERK FILED
KAREN M. MARTIN
2011 JUL 12 PM 3:46
PORTER CIRCUIT AND
SUPERIOR COURTS

TO THE DEFENDANT: NCO FINANCIAL SYSTEMS INC., 507 PRUDENTIAL RD., HORSHAM, PA 19044

You have been sued by the person(s) identified as "Plaintiff" in the court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this Summons and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS AND COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left with you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for you to answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first receive the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days form the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment may be entered against you for what the Plaintiff demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: <u>CERTIFIED MAIL</u>

Michael P. McIlree, Attorney for Plaintiff
821 E. Lincolnway, Ste. 1, Valparaiso, IN 46383
(219) 548-1800
Atty. No. 19847-45

Date: 7/13/11

KAREN M. MARTIN, CLERK

**PREPARATION DATA:**
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail a properly addressed envelope shall be provided for the Defendant. Certified mail label and return envelopes must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returned to the Clerk at the address of the Court.



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Minnie Kay Augustinovich

[redacted]

REDACTED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)<br>C. Date of Delivery |
| 1. Article Addressed to:<br>Nco Financial Systems<br>Ron Prudential Rd<br>Horsham, PA 19044 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1870 0000 8971 6588 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |