### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MINNIE K. AUGUSTINOVICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No.:2:11-cv-00289-PPS |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

The parties, by and through undersigned counsel, hereby notify the court that they have reached a settlement but require additional time to memorialize the settlement in writing. The parties expect to have the settlement finalized by November 2, 2011 and anticipate filing a Stipulation to Dismiss by that date.

Respectfully submitted,

*/s/ Dean R. Brackenridge*
Dean R. Brackenridge, #18543-49
Attorney for Defendant
NCO Financial Systems, Inc.

FROST BROWN TODD, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:    (317) 237-3847
Facsimile:    (317) 237-3900
dbrackenridge@fbtlaw.com

                    */s/ Michael P. McIlree*_____
                    Michael P. McIlree
                    Attorney for Plaintiff
                    Minnie K. Augustinovich

                    821 E. Lincolnway, Ste. 1
                    Valparaiso, IN 46383
                    Telephone (219) 548-1800
                    Fax (219) 548-5905

## CERTIFICATE OF SERVICE

I certify that on this 6th day of October 2011, a copy of **Notice of Settlement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Michael P. McIlree
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
Telephone (219) 548-1800
Fax (219) 548-5905

                    */s/ Dean R. Brackenridge*_____
                    Attorney for NCO Financial Systems, Inc.

FROST BROWN TODD, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:    (317) 237-3847
Facsimile:    (317) 237-3900
dbrackenridge@fbtlaw.com

INDLibrary1 LR09735.0588275   1049503v1

2