UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MINNIE K. AUGUSTINOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11 CV 289 |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER

Plaintiff Minnie K. Augustinovich and Defendant NCO Financial Systems, Inc., each by their respective counsel, filed a Joint Stipulation of Dismissal With Prejudice. [DE 13.] The Stipulation is signed by all parties who have appeared, and the stipulation states that the dismissal is with prejudice.

As the stipulation meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff's claims against the Defendant are hereby **DISMISSED WITH PREJUDICE**, the parties to pay their respective costs and fees without reimbursement.

**SO ORDERED**.

ENTERED: December 14, 2011.

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT